**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Edmeier, Joseph Gary** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Edmeier, Lisa Marie** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **4328** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **8833** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**9692 Rimsnider Rd**<br>**Hinckley, IL  60520-6252** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**9692 Rimsnider Rd**<br>**Hinckley, IL  60520-6252** |
| County of Residence or of the<br>Principal Place of Business:   **DeKalb** | County of Residence or of the<br>Principal Place of Business:   **DeKalb** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|
| ☑ Individual(s)   ☐ Railroad<br>☐ Corporation   ☐ Stockbroker<br>☐ Partnership   ☐ Commodity Broker<br>☐ Other _____   ☐ Clearing Bank | ☑ Chapter 7   ☐ Chapter 11   ☐ Chapter 13<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business   ☑ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

*THIS SPACE IS FOR COURT USE ONLY*

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VOLUNTARY PETITION

(Official Form 1) (12/03)                                                                                                    FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Edmeier, Joseph Gary & Edmeier, Lisa Marie** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joseph Gary Edmeier**
Signature of Debtor                                              **Joseph Gary Edmeier**

X **/s/ Lisa Marie Edmeier**
Signature of Joint Debtor                                        **Lisa Marie Edmeier**

**(815) 286-3834**
Telephone Number (If not represented by attorney)

**May 16, 2005**
Date

### Signature of Attorney

X **/s/ Kenneth F. Ritz**
Signature of Attorney for Debtor(s)

**Kenneth F. Ritz**
Printed Name of Attorney for Debtor(s)

**Ritz & Laughlin. Ltd.**
Firm Name

**728 N. Court St.**
Address

**Rockford, IL  61103**

**(815) 968-1807**
Telephone Number

**May 16, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)                        Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

VOLUNTARY PETITION

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                    Case No. _____

Edmeier, Joseph Gary & Edmeier, Lisa Marie               Chapter **7** _____

_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 350,000.00 | | |
| B - Personal Property | Yes | 2 | 118,675.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 369,247.27 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 1,799,439.33 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 7,464.67 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 10,462.00 |
| Total Number of Sheets in Schedules | | 25 | | | |
| Total Assets | | | 468,675.00 | | |
| Total Liabilities | | | | 2,168,686.60 | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Edmeier, Joseph Gary & Edmeier, Lisa Marie _____ Case No. _____
                          Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Residence, 9692 Rimsnider Road, Hinckley, Illinois** | **Tenancy by the Entirety** | **J** | **350,000.00** | **345,372.00** |
| | | | **TOTAL** **350,000.00** | |

(Report also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE A - REAL PROPERTY**

**IN RE** Edmeier, Joseph Gary & Edmeier, Lisa Marie      Case No. _____

Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash** | J | 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fifth Third Bank, 101 W. Lincoln Ave., Hinckley, IL  60520** | J | 0.00 |
| | | **Resource Bank, 280 E. Lincoln Ave., Hinckley, IL 60520** | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Living room furniture, Dining room furniture, Bedroom furniture, Dressers and night stands, Tables and chairs, Computer, Printer, Desk, TVs, Vcr** | J | 2,230.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Wearing apparel, Includes, shoes, coats, hats** | J | 400.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Camera** | J | 10.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurance policy issued by Jefferson Pilot Financial Insurance Company, PO Box 26072, Greensboro, NC 27420-6072,  with $1,000,000 death benefit.  Beneficiary is the debtor's spouse, Lisa. No cashvalue.** | H | 0.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **Carpenters Pension Fund of Illinois.  28 North First St., Geneva, IL 60134.  Projected monthly benefit is $1,147.  The market value is an estimate.  Debtor has not been furnished any information that shows the value of his account, only the monthly benefit. Value is estimated.  This fund is exempt.** | H | 100,000.00 |
| | | **.** | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Everest Homes, Inc  100 %** | H | 0.00 |
| | | **Frontier Land Group LLC  46%** | H | 0.00 |
| | | **SC Land Company, LLC  33%** | H | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Edmeier, Joseph Gary & Edmeier, Lisa Marie**                Case No. _____

Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 Ford Ranger PU truck | H | 1,000.00 |
| | | 1999 Ford F250 PU truck | H | 9,000.00 |
| | | 2001 Ford Sport Minivan | J | 5,000.00 |
| | | 2005 enclosed trailer for the 1998 Ford one ton pickup F250 | J | 500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | Carpenter tools and mechanics tools | J | 525.00 |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **118,675.00** |

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

SCHEDULE B - PERSONAL PROPERTY

IN RE **Edmeier, Joseph Gary & Edmeier, Lisa Marie**                              Case No. _____
_____
Debtor(s)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180
days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's
interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Residence, 9692 Rimsnider Road, Hinckley, Illinois** | **735 ILCS 5 §12-901** | **4,628.00** | **350,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash** | **735 ILCS 5 §12-1001(b)** | **10.00** | **10.00** |
| **Living room furniture, Dining room furniture, Bedroom furniture, Dressers and night stands, Tables and chairs, Computer, Printer, Desk, TVs, Vcr** | **735 ILCS 5 §12-1001(b)** | **2,230.00** | **2,230.00** |
| **Wearing apparel, Includes, shoes, coats, hats** | **735 ILCS 5 §12-1001(a)** | **400.00** | **400.00** |
| **Camera** | **735 ILCS 5 §12-1001(b)** | **10.00** | **10.00** |
| **Carpenters Pension Fund of Illinois.  28 North First St., Geneva, IL 60134. Projected monthly benefit is $1,147.  The market value is an estimate.  Debtor has not been furnished any information that shows the value of his account, only the monthly benefit.  Value is estimated.  This fund is exempt.** | **735 ILCS 5 §12-1006(a)** | **100,000.00** | **100,000.00** |
| **.** | | | |
| **Carpenter tools and mechanics tools** | **735 ILCS 5 §12-1001(d)** | **525.00** | **525.00** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Edmeier, Joseph Gary & Edmeier, Lisa Marie _____ Case No. _____
                              Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. **American Bank & Trust Co. 113 W North St Elburn, IL  60119-7012** | | J | **Security interest in 1999 Ford one ton PU truck and trailer** Value $        9,500.00 | | | | **11,887.00** **2,387.00** |
| Account No. **Ford Credit PO Box 64400 Colorado Springs, CO  80962-4400** | | H | **Security interest in 2001 Ford Sport Minivan** Value $        5,000.00 | | | | **8,845.00** **3,845.00** |
| Account No. **Harris Bank  Barrington NA PO Box 6201 Carol Stream, IL  60197-6201** | | J | **Security interest in 1998 Ford Ranger PU truck** Value $        1,000.00 | | | | **3,143.27** **2,143.27** |
| Account No. **HSBC Mortgage Services PO Box 9068 Brandon, FL** | | J | **First mortgage on residence** Value $     350,000.00 | | | | **307,203.00** |
| Account No. **HSBC Mortgage Services PO Box 968 Brandon, FL  33509-0968** | | J | **Junior mortgage on residence** Value $     350,000.00 | | | | **38,169.00** |

_____ **0** Continuation Sheets attached

|  | | |
|---|---|---|
| Subtotal (Total of this page) | | **369,247.27** |
| (Complete only on last sheet of Schedule D)  **TOTAL** | | **369,247.27** |
| (Report total also on Summary of Schedules) | | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Edmeier, Joseph Gary & Edmeier, Lisa Marie**                                Case No. _____

_____
Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entry on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

   If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
   Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Other Certain Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

   * Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____  **0** Continuation Sheets attached

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**

IN RE <u>Edmeier, Joseph Gary & Edmeier, Lisa Marie</u>                    Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Alexander Lumber Co.**<br>**PO Box 831**<br>**Aurora, IL  60507-0831** | | H | **Guaranty of corporate debt** | X | | | **228,056.00** |
| Account No.<br><br>**Alpine Insulation**<br>**PO Box 986**<br>**824 Hicks Dr**<br>**Elburn, IL  60119-9060** | | H | **Siding  furished to Everest Homes, Inc.** | | | X | **0.00** |
| Account No. **3715-422299-22002**<br><br>**American Express**<br>**Blue For Business**<br>**PO Box 7863**<br>**Fort Lauderdale, FL  33329-7863** | | H | **Credit card** | | | | **9,325.00** |
| Account No. **3723-192315-41008**<br><br>**American Express**<br>**Sky Miles**<br>**PO Box 299836**<br>**Fort Lauderdale, FL  33329-7863** | | J | **Credit card.  Last purchase was January 18,2005.** | | | | **1,974.00** |
| Account No.<br><br>**American Express**<br>**Rewards Plus**<br>**PO Box 299836**<br>**Fort Lauderdale, FL  33329-7863** | | J | **Credit card.  Last purchase was March 2, 2005** | | | | **1,353.65** |

_____ **13** Continuation Sheets attached

Subtotal
(Total of this page) **240,708.65**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Edmeier, Joseph Gary & Edmeier, Lisa Marie**      Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3737-287319-61004**<br><br>**American Express**<br>**Optima**<br>**777 American Expressway**<br>**Fort Lauderdale, FL 33337-0001** | | J | Credit card | | | | 1,664.59 |
| Account No. **3728-784310-12003**<br><br>**American Express**<br>**Rewards Plus Gold Card**<br>**PO Box 299836**<br>**Fort Lauderdale, FL 33329-7863** | | J | Last purchase March 2, 2005 | | | | 1,353.63 |
| Account No.<br><br>**American Heritage**<br>**2 N 020 Francis Road**<br>**Maple Park, IL 60151** | | H | Insulation Furnished to Everest Homes, Inc. | | | X | 8,530.00 |
| Account No.<br><br>**American National Bank**<br>**113 W North St**<br>**Elburn, IL 60119-7012** | X | H | Guaranty for Everest Homes, Inc. Lot 121 Fox Highland subdivisiobn, Yorkville | | | | 110,000.00 |
| Account No.<br><br>**American Weather Makers** | | H | Heating work Furnished to Everest Homes, Inc. | | | X | 1,309.59 |
| Account No. **5491-1303-4692-9813**<br><br>**AT&T**<br>**Universal Credit Card**<br>**PO Box 44167**<br>**Jacksonville, FL 32231-4167** | | J | | | | | 19,507.34 |
| Account No. **4319-0410-1186-5500**<br><br>**Bank Of America**<br>**PO Box 1390**<br>**Norfolk, VA 23501-1390** | | J | Credit card | | | | 5,469.00 |

Sheet _____**1**___ of _____**13** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    **147,834.15**

(Complete only on last sheet of Schedule F) **TOTAL** _____

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Edmeier, Joseph Gary & Edmeier, Lisa Marie** _____ Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4791-2423-8981-4891**<br>**Capital One**<br>**PO Box 85015**<br>**Richmond, VA 23285-5015** | | J | **Credit card** Last purchase was February 11, 2005 | | | | 932.01 |
| Account No. **5291-0714-4750-2434**<br>**Capital One**<br>**PO Box 85015**<br>**Richmond, VA 23285-5015** | | J | **Credit card** | | | | 1,825.18 |
| Account No. **4121-7413-3601-7672**<br>**Capital One**<br>**PO Box 85015**<br>**Richmond, VA 23285-5015** | | J | **Credit card** | | | | 434.98 |
| Account No. **11-6412-339-1**<br>**Carson Pierie Scott**<br>**PO Box 10327**<br>**Jackson, MS 39289-0327** | | W | **Misc.clothing** | | | | 397.52 |
| Account No.<br>**Charles Rae**<br>**115 E South St**<br>**Plano, IL 60545-1417** | | H | **Legal services** Furnished to Everest Homes, Inc. | | | X | 2,842.00 |
| Account No. **5187-4804-9002-3874**<br>**Chase**<br>**PO Box 15902**<br>**Wilmington, DE 19850-5902** | | J | **Credit card.** Last purchase was February 15, 2005 | | | | 5,867.85 |
| Account No. **4305-8723-8097-6098**<br>**Chase**<br>**PO Box 15902**<br>**Wilmington, DE 19850-5902** | | J | **Credit card** | | | | 13,324.98 |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Sheet _____ **2** of _____ **13** Continuation Sheets attached to Schedule F | Subtotal (Total of this page) | 25,624.52 |
| | (Complete only on last sheet of Schedule F) **TOTAL** (Report total also on Summary of Schedules) | |

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Edmeier, Joseph Gary & Edmeier, Lisa Marie** _____  Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5588-5880-0215-0368**<br><br>**Citi Business Card**<br>**PO Box 44230**<br>**Jacksonville, FL  32231-4284** | | J | Credit card  Last purchase February 17, 2005 | | | | 8,159.00 |
| Account No.<br><br>**CMR Construction Company**<br>**3998 E 2603rd Rd**<br>**Sheridan, IL  60551-9202** | | H | Excavating  Furnished to Everest Homes, Inc. | | | X | 28,484.00 |
| Account No.<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL  60680-4115** | | J | Electtric Furnished to Everest Homes, Inc. | | | X | 1,720.13 |
| Account No.<br><br>**Construction Debris Removal**<br>**PO Box 11**<br>**Burlington, IL  60109-0011** | | J | Debris removal  Furnished to Everest Homes, Inc. | | | X | 80.00 |
| Account No.<br><br>**Damico**<br>**PO Box 4224**<br>**Saint Charles, IL  60174-9077** | | H | Paving   Furnished to Everest Homes, Inc. | | | X | 1,000.00 |
| Account No.<br><br>**Deck Yard**<br>**2425 W Main St**<br>**Saint Charles, IL  60175-1084** | | H | Lumber Furnished to Everest Homes, Inc. | | | X | 8,394.05 |
| Account No. **5410-5839-0052-2408**<br><br>**Direct Reward Master Card**<br>**PO Box 22128**<br>**Tulsa, OK  74121-2128** | | J | Credit card | | | | 5,341.96 |

Sheet _____**3**__ of _____**13** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)   **53,179.14**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Edmeier, Joseph Gary & Edmeier, Lisa Marie                    Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6011-2988-0636-3366**<br><br>Discover Card<br>PO Box 15251<br>Wilmington, DE 19850-5251 | | J | Credit card  Last purchase was February 7, 2005 | | | | 5,298.00 |
| Account No.<br><br>Donahue & Thornhill<br>7 Richards St<br>Geneva, IL 60134-2141 | | H | Surveys Furnished to Everest Homes, Inc. | | | X | 2,699.63 |
| Account No.<br><br>DPS Masonry<br>PO Box 292<br>Somonauk, IL 60552-0292 | | H | Brick work Furnished to Everest Homes, Inc. | | | X | 5,275.00 |
| Account No.<br><br>DSI Glass, Inc.<br>220 Stone St<br>South Elgin, IL 60177-1544 | | H | Glass Furnished to Everest Homes, Inc. | | | X | 974.01 |
| Account No.<br><br>Floor Covering Associates Of St. Charles Units A & B<br>2000 W Main St<br>Saint Charles, IL 60174-1775 | | H | Flooring Furnished to Everest Homes, Inc. | | | X | 44,070.00 |
| Account No.<br><br>Fox Valley Installers<br>1335 Mable Ln<br>Sandwich, IL 60548-9352 | | H | Fireplace Furnished to Everest Homes, Inc. | | | X | 1,217.00 |
| Account No.<br><br>Fox Valley Insulation<br>136 N State St<br>Marengo, IL 60152-2218 | | H | Gutters, insulation Furnished to Everest Homes, Inc. | | | X | 5,390.00 |

Sheet _____**4**___ of _____**13**__ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)        **64,923.64**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Edmeier, Joseph Gary & Edmeier, Lisa Marie** _____ Case No. _____
                                    Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Franks, Gerkin & McKenna** <br> **Attorneys For Alexander Lumber Co.** <br> **19333 E. Grant Highway - PO Box 5** | J | | | | | | 0.00 |
| Account No. <br> **G & R Builders** <br> **585 Monaville Rd** <br> **Lake Villa, IL  60046-7277** | | H | Carpentry Furnished to Everest Homes, Inc. | | | X | 5,000.00 |
| Account No. **5499-4409-1268-1504** <br> **GM Card** <br> **PO Box 37281** <br> **Baltimore, MD  21297-3281** | J | | Credit card | | | | 4,116.85 |
| Account No. <br> **Grainco FS Inc.** <br> **4000 Division St** <br> **Morris, IL  60450-9357** | | H | Propane gas Furnished to Everest Homes, Inc. | | | X | 685.54 |
| Account No. <br> **Home Depot Credit Services** <br> **PO Box 192** <br> **Des Moines, IA  50301-0192** | | H | Credit card | | | | 9,310.23 |
| Account No. <br> **Insco Dico Group** <br> **Suite 200** <br> **17780 Fitch** <br> **Irvine, CA  92614-6038** | | H | Guaranty with Mark Kaplan and Ed Havercek of a $240,000 bond obligation for Developers Surety and Indemnity Company for Phase 4 water and sewer upgradesat Silver Green Estates, St. Charles, IL | X | | | 240,000.00 |
| Account No. <br> **Jonathan And Andrea Primer** <br> **669 De Tamble Ave** <br> **Highland Park, IL  60035-4001** | | H | This is a liability of Everest Homes, Inc and accordingly is listed as -0.00 - in this case. | | | X | 0.00 |

Sheet _____ **5** of _____ **13** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)     **259,112.62**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Edmeier, Joseph Gary & Edmeier, Lisa Marie**                          Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Kendal County Blacktop**<br>**PO Box 261**<br>**Bristol, IL  60512-0261** | | H | Paving Furnished to Everest Homes, Inc. | | | X | 1,736.00 |
| Account No.<br>**Kohl's**<br>**PO Box 2983**<br>**Milwaukee, WI  53201-2983** | | J | Misc. | | | | 568.85 |
| Account No.<br>**Leonard And Sue Primer**<br>**330 Hill Street**<br>**Wilmette, IL  60091** | | J | This is a liability of Everest Homes, Inc and accordingly is listed as -0.00 - in this case. | | | X | 0.00 |
| Account No. **8222114022055**<br>**Lowe's**<br>**PO Box 530914**<br>**Atlanta, GA  30353-0914** | | H | Lumber Furnished to Everest Homes, Inc. | | | X | 3,778.22 |
| Account No.<br>**M & J Construction**<br>**3026 E. Washington Street**<br>**Yorkville, IL** | | J | Drywall Furnished to Everest Homes, Inc. | | | X | 7,450.00 |
| Account No.<br>**Majestic Distributing Co.**<br>**1255 Bowes Rd**<br>**Elgin, IL  60123-5542** | | H | Fireplace Furnished to Everest Homes, Inc. | | | X | 2,478.68 |
| Account No.<br>**Mara Otto**<br>**25451 Blakely Dr**<br>**Plainfield, IL  60544-6774** | | H | This is a liability of Everest Homes, Inc and accordingly is listed as -0.00 - in this case. | | | X | 0.00 |

Sheet _____**6**__ of _____**13** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)      **16,011.75**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Edmeier, Joseph Gary & Edmeier, Lisa Marie** _____ Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4264-2911-3943-2502** <br><br> **MBNA America** <br> **PO Box 15026** <br> **Wilmington, DE  19850-5026** | | J | Credit card | | | | 3,538.12 |
| Account No. **4264-2904-7066-4129** <br><br> **MBNA America** <br> **Platinum Plus** <br> **PO Box 15026** <br> **Wilmington, DE  19850-5026** | | J | 1997  Credit card | | | | 6,416.56 |
| Account No. **4264-2948-8232-8273** <br><br> **MBNA America** <br> **PO Box 15026** <br> **Wilmington, DE  19850-5026** | | J | 1992  Credit card | | | | 5,779.83 |
| Account No. **5401-2622-3450-8414** <br><br> **MBNA America** <br> **PO Box 15026** <br> **Wilmington, DE  19850-5026** | | J | 1996  Credit card | | | | 3,376.47 |
| Account No. <br><br> **Midwest Siding Supply** <br> **244 S River St** <br> **Aurora, IL  60506-6010** | | H | Siding materials | | | | 1,338.21 |
| Account No. <br><br> **Mittman Septic & Excvating** <br> **PO Box 352** <br> **Bloomingdale, IL  60108-0352** | | H | Excavation     Furnished to Everest Homes, Inc. | | | | 17,000.00 |
| Account No. <br><br> **New Hoizons, Inc.** <br> **4156 N Terramere Ave** <br> **Arlington Heights, IL  60004-1360** | | H | Architectural services  Furnished to Everest Homes, Inc. | | | X | 1,500.00 |

Sheet _____**7**___ of _____**13** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    **38,949.19**

(Complete only on last sheet of Schedule F)  **TOTAL** _____
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE __Edmeier, Joseph Gary & Edmeier, Lisa Marie_____   Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Nicor Gas<br>PO Box 2020<br>Aurora, IL  60507-2020 | | J | Gas  Furnished to Everest Homes, Inc. | | | X | 90.04 |
| Account No.<br>Nicor Gas<br>PO Box 2020<br>Aurora, IL  60507-2020 | | H | Gas Furnished to Everest Homes, Inc. | | | X | 71.39 |
| Account No.<br>Nicor Gas<br>PO Box 2020<br>Aurora, IL  60507-2020 | | H | Gas Furnished to Everest Homes, Inc. | | | X | 58.28 |
| Account No.<br>Nicor Gas<br>PO Box 2020<br>Aurora, IL  60507-2020 | | H | Gas Furnished to Everest Homes, Inc. | | | X | 115.93 |
| Account No. **5-06-16-4780-5**<br>Nicor Gas<br>PO Box 2020<br>Aurora, IL  60507-2020 | | H | Gas Furnished to Everest Homes, Inc. | | | X | 90.04 |
| Account No.<br>Nicor Gas<br>PO Box 2020<br>Aurora, IL  60507-2020 | | H | Gas Furnished to Everest Homes, Inc. | | | X | 1,763.47 |
| Account No.<br>Harris & Harris<br>Suite 400<br>600 W Jackson Blvd<br>Chicago, IL  60661-5636 | | | Assignee or other notification for:<br>Nicor Gas | | | | |

Sheet _____**8**___ of _____**13**___ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    **2,189.15**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE  Edmeier, Joseph Gary & Edmeier, Lisa Marie _____  Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**NIU**<br>**Office Of Accounts**<br>**Dekalb, IL  60115-2856** | | J | **Hearing aids for daughter** | | | | 2,144.00 |
| Account No.<br>**O'Neil Glass & Mirror**<br>**1058 W Church St**<br>**Sandwich, IL  60548-2059** | | H | **Mirrors Furnished to Everest Homes, Inc.** | | | X | 773.46 |
| Account No.<br>**Oakton Distributors**<br>**PO Box 1700**<br>**Highland Park, IL  60035-7700** | | H | **Furnished to Everest Homes, Inc.** | | | X | 2,512.00 |
| Account No. **6018596030420099**<br>**Old Navy**<br>**PO Box 530942**<br>**Atlanta, GA  30353-0942** | | J | **Clothing** | | | | 324.81 |
| Account No.<br>**Onyx Waste Services**<br>**8246 Inovation Way**<br>**Chicago, IL  60682-0082** | | H | **Dunpster Furnished to Everest Homes, Inc.** | | | X | 327.28 |
| Account No.<br>**Parco Excavating, Inc.**<br>**PO Box 623**<br>**Batavia, IL  60510-0623** | | H | **Excavation Furnished to Everest Homes, Inc.** | | | X | 20,729.00 |
| Account No.<br>**Phillip D. Young & Assiciates**<br>**1107 S Bridge St**<br>**Yorkville, IL  60560-1724** | | H | **Surveys Furnished to Everest Homes, Inc.** | | | X | 8,340.00 |

Sheet _____**9**___ of _____**13**___ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  35,150.55

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  Edmeier, Joseph Gary & Edmeier, Lisa Marie                                    Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Phillip S. Linder & Co.**<br>**44 W Railroad St**<br>**Sandwich, IL  60548-2170** | | H | **Lumber Furnished to Everest Homes, Inc.** | | | X | 156.37 |
| Account No.<br>**Phyllid & Ron Holtane**<br>**PO Box 209**<br>**Yorkville, IL  60560-0209** | | H | **This is a liability of Everest Homes, Inc and accordingly is listed as -0.00 - in this case.** | | | X | 0.00 |
| Account No.<br>**Pierce Wholesale Roofing & Supply**<br>**5462 Us Highway 34**<br>**Oswego, IL  60543-9175** | | H | **Furnished to Everest Homes, Inc.** | | | X | 2,510.00 |
| Account No.<br>**Pinnacle Insurance**<br>**23 N Lincolnway**<br>**North Aurora, IL  60542-1635** | | H | **Insurance Furnished to Everest Homes, Inc.** | | | X | 2,347.64 |
| Account No.<br>**Premier Exteriors**<br>**421 S River St**<br>**Aurora, IL  60506-5578** | | H | **Gutters Furnished to Everest Homes, Inc.** | | | X | 5,770.00 |
| Account No. **5418-2750-0163-7902**<br>**Providian National Bank**<br>**PO Box 660433**<br>**Dallas, TX  75266-0433** | | J | **Credit card** | | | | 5,027.00 |
| Account No.<br>**R J Kielon Plumbing & Heating**<br>**823 Blaine St**<br>**Batavia, IL  60510-2991** | | H | **Plumbing** | | | | 26,000.00 |

Sheet _____**10** of _____**13** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)                41,811.01

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Edmeier, Joseph Gary & Edmeier, Lisa Marie**                     Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**R Zimmerman, Inc.**<br>**698 Old Kirk Road**<br>**West Chicago, IL  60185** | | J | **Excavation Furnished to Everest Homes, Inc.** | | | X | 4,810.00 |
| Account No.<br>**Richard And Judy Opper**<br>**370 Barberry Rd**<br>**Highland Park, IL  60035-4456** | | H | **Liability of  Everest Homes, Inc. for construction of home** | | | X | 0.00 |
| Account No.<br>**Rick & Judy Opper**<br>**340 Barberry Rd**<br>**Highland Park, IL  60035-4424** | | H | **This is a liability of Everest Homes, Inc and accordingly is listed as -0.00 - in this case.** | | | X | 0.00 |
| Account No.<br>**RPV Construction**<br>**239 Lynbrook Dr**<br>**Bloomingdale, IL  60108-1441** | | H | **Electric, brick  furnished to Everest Construction, Inc.** | | | X | 27,200.00 |
| Account No. **5121-0750-0032-1146**<br>**Sears Gold Mastercard**<br>**PO Box 6922**<br>**The Lakes, NV  88901-6922** | | J | **Credit card** | | | | 2,345.00 |
| Account No.<br>**Service CAN**<br>**PO Box 1593**<br>**Aurora, IL  60507-1593** | | H | **Portolet furnished to Everest Construction, Inc.** | | | X | 421.03 |
| Account No.<br>**Sparks Engineering Services**<br>**7 Richards St**<br>**Geneva, IL  60134-2141** | | H | **Copying furnished to Everest Construction, Inc.** | | | X | 266.67 |

Sheet _____ **11** of _____ **13** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                                    **35,042.70**

(Complete only on last sheet of Schedule F)  **TOTAL**  _____

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Edmeier, Joseph Gary & Edmeier, Lisa Marie                    Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **St. Paul Travelers** <br> **1287 Collechor Center Drive** <br> **Chicago, IL 60693-0001** | | H | **Insurance furnished to Everest Construction, Inc.** | | | X | 102.00 |
| Account No. <br> **Steinbrecher Land Surveys** <br> **141 S Neltnor Blvd** <br> **West Chicago, IL 60185-2844** | | H | **Surveys furnished to Everest Construction, Inc.** | | | X | 750.00 |
| Account No. <br> **Tandem Staffing Saw Horses** <br> **Suite 210** <br> **1690 S. Congress /Ave.** <br> **Delray Beach, FL 33445** | | H | **Temporary labor furnished to Everest Construction, Inc.** | | | X | 367.20 |
| Account No. <br> **Todd Surveys** <br> **403 W Galena Blvd** <br> **Aurora, IL 60506-3947** | | H | **Surveys furnished to Everest Construction, Inc.** | | | X | 420.00 |
| Account No. <br> **Tru Green ChemLawn** <br> **5667 Sandy Hollow Rd** <br> **Rockford, IL 61109-2780** | | J | **2005 Lawn spraying** | | | | 200.00 |
| Account No. <br> **Union Bank** <br> **220 Indian Springs Dr** <br> **Sandwich, IL 60548-1903** | X | H | **Debtor was co-maker of loans with Everest Homes to finance lots.** | | | | 446,082.00 |
| Account No. <br> **US Bank** <br> **PO Box 790401** <br> **Saint Louis, MO 63179-0401** | | J | **Guaranty of SC Land Co. debt** | X | | | 350,000.00 |

Sheet _____**12** of _____**13** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                    797,921.20

(Complete only on last sheet of Schedule F)  **TOTAL** _____
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Edmeier, Joseph Gary & Edmeier, Lisa Marie                                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Verde Landscape** <br> **PO Box 966** <br> **Elburn, IL  60119-0966** | | H | **Landscaping furnished to Everest Construction, Inc.** | | | X | **1,000.00** |
| Account No. <br><br> **Warren's Backhoe Bobcat** <br> **PO Box 176** <br> **Sugar Grove, IL  60554-0176** | | H | **2004 and 2005 Excavation furnished to Everest Construction, Inc.** | | | X | **18,459.00** |
| Account No. <br><br> **Waste Management Of Illinois** <br> **PO Box 9001054** <br> **Louisville, KY  40290-1054** | | H | **Dumpster furnished to Everest Construction, Inc.** | | | X | **2,515.90** |
| Account No. **99940782** <br><br> **Wells Fargo Financial** <br> **1248 N Lake St** <br> **Aurora, IL  60506-2453** | | J | **Credit card** | | | | **1,369.00** |
| Account No. <br><br> **West Suburban Concrete** <br> **39 W 941 Midan Drive** <br> **Elburn, IL  60119** | | H | **Concrete** | | | X | **7,637.16** |
| Account No. <br><br> **Western Surety Company** <br> **PO Box 5077** <br> **Sioux Falls, SD  57117-5077** | | H | **Bond for general contracting** | X | | | **10,000.00** |
| Account No. <br><br><br><br> | | | | | | | |

Sheet _____ **13** of _____ **13** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) | **40,981.06**

(Complete only on last sheet of Schedule F)  **TOTAL** | **1,799,439.33**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE <u>Edmeier, Joseph Gary & Edmeier, Lisa Marie</u>                    Case No. _____
Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Edmeier, Joseph Gary & Edmeier, Lisa Marie** _____   Case No. _____
                    Debtor(s)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Everest Homes, Inc.**<br>**PO Box 25**<br>**125 Burlington St**<br>**Somonauk, IL  60552-9814** | **Union Bank**<br>**220 Indian Springs Dr**<br>**Sandwich, IL  60548-1903**<br><br>**American National Bank**<br>**113 W North St**<br>**Elburn, IL  60119-7012** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Edmeier, Joseph Gary & Edmeier, Lisa Marie                    Case No. _____

Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>**Daughter**<br>**Daughter**<br>**Daughter**<br>**Daughter** | AGE<br>**17**<br>**16**<br>**14**<br>**10** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Land Manager** | **Sales** |
| Name of Employer | **ZAUSA** | **Coldwell Banker  -  Primus Realty Corp.** |
| How long employed | **One Month** | **One Year, Four Months** |
| Address of Employer | **10713 Winterset Drive**<br>**Orland Park, IL** | **15 West Merchants Drive**<br>**Oswego, IL 60543** |

Income: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ **9,589.67** | $ **370.00** |
| Estimated monthly overtime | $ _____ | $ _____ |
| **SUBTOTAL** | $ **9,589.67** | $ **370.00** |
| **LESS PAYROLL DEDUCTIONS** | | |
| a. Payroll taxes and Social Security | $ **2,495.00** | $ _____ |
| b. Insurance | $ _____ | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ **2,495.00** | $ **0.00** |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ **7,094.67** | $ **370.00** |
| | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| Income from real property | $ _____ | $ _____ |
| Interest and dividends | $ _____ | $ _____ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| Social Security or other government assistance | | |
| (Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| Pension or retirement income | $ _____ | $ _____ |
| Other monthly income | | |
| (Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **TOTAL MONTHLY INCOME** | $ **7,094.67** | $ **370.00** |

**TOTAL COMBINED MONTHLY INCOME $ _____ 7,464.67**  (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Edmeier, Joseph Gary & Edmeier, Lisa Marie</u>                    Case No. _____
                          Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,549.00 |
| Are real estate taxes included?      Yes ____  No ✓ | | |
| Is property insurance included?      Yes ____  No ✓ | | |
| Utilities:  Electricity and heating fuel | $ | 220.00 |
| Water and sewer | $ | |
| Telephone | $ | 108.00 |
| Other _____ | $ | |
| _____ | $ | |
| Home maintenance (repairs and upkeep) | $ | 250.00 |
| Food | $ | 1,000.00 |
| Clothing | $ | 700.00 |
| Laundry and dry cleaning | $ | 50.00 |
| Medical and dental expenses | $ | 100.00 |
| Transportation (not including car payments) | $ | 500.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 400.00 |
| Charitable contributions | $ | 100.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | |
| Life | $ | 120.00 |
| Health | $ | 1,000.00 |
| Auto | $ | 227.00 |
| Other | $ | |
| | $ | |
| | $ | |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **Real Estate Taxes** | $ | 600.00 |
| | $ | |
| | $ | |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 498.00 |
| Other **Truck** | $ | 500.00 |
| | $ | |
| Alimony, maintenance, and support paid to others | $ | |
| Payments for support of additional dependents not living at your home | $ | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| Other  **See Schedule Attached** | $ | 1,540.00 |
| | $ | |
| | $ | |
| | $ | |
| | $ | |

**TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)**         $ ____ **10,462.00**

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A.  Total projected monthly income | $ | |
| B.  Total projected monthly expenses | $ | |
| C.  Excess income (A minus B) | $ | |
| D.  Total amount to be paid into plan each _____ | $ | |
| (interval) | | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Edmeier, Joseph Gary & Edmeier, Lisa Marie                    Case No. _____
                                   Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Expenses (DEBTOR)

| | |
|---|---:|
| **Newspaper, Books, Magazines** | **40.00** |
| **School Expenses** | **100.00** |
| **School Lunches** | **200.00** |
| **Laundry, Dry Cleaning, Soap** | **50.00** |
| **Hearing Aids - Child** | **100.00** |
| **Professional Dues** | **150.00** |
| **Personal Care Items** | **400.00** |
| **Recreation, Entertainment** | **400.00** |
| **Charitable Giving** | **100.00** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Edmeier, Joseph Gary & Edmeier, Lisa Marie</u>                    Case No. _____
                              Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**26** sheets, and that
                                                                          (Total shown on summary page plus 1)
they are true and correct to the best of my knowledge, information, and belief.

Date: **May 16, 2005**_____        Signature: ***/s/ Joseph Gary Edmeier***_____
                                           **Joseph Gary Edmeier**                              Debtor

Date: **May 16, 2005**_____        Signature: ***/s/ Lisa Marie Edmeier***_____
                                           **Lisa Marie Edmeier**                    (Joint Debtor, if any)

                                                       **[If joint case, both spouses must sign.]**

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.
                                                           (Required by 11 U.S.C. § 110(c).)

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____        _____
Signature of Bankruptcy Petition Preparer        Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
                    (Total shown on summary page plus 1)

Date: _____        Signature: _____

                                            _____
                                            (Print or type name of individual signing on behalf of debtor)

                  **[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]**

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Edmeier, Joseph Gary & Edmeier, Lisa Marie _____    Chapter **7** _____
                          Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"*In business.*" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider.*" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None  ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 4,438.00 | Current Year: |
| 60,495.00 | 2004 |
| 64,343.00 | 2003 |

---

**2. Income other than from employment or operation of business**

None  ☑  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**

None  ☐  a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Secured Claims Only** | | 0.00 | 0.00 |

**Only payments were to secured creditors, HSBC Mortgage Service and Ford Credit.**

None  ☑  b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Alexander Lumber Corp., 05-L-31** | **Complaint for money judgment.** | **Circuit Court 16th Judicial Dostrict, DeKalb County, Illinois** | **Pending** |

None ☑    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ritz & Laughlin**<br>**728 N Court St**<br>**Rockford, IL  61103-6922** | **April 28, 2005** | **2,790.00** |

**10. Other transfers**

None ☑    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

**18. Nature, location and name of business**

None ☐  a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all  businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Everest Homes, Inc.** | | **PO Box 25**<br>**125 Burlington St**<br>**Somonauk, IL  60552-9814** | **Home building** | |
| **SV Land Company, LLC** | | | **Home building** | |
| **Debtor had a 64% member interest** | | | | |
| **Frontier Land Group, LLC** | | | **Home building** | |
| **Debtor had a 33.33% interest** | | | | |

None ☐  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☑  a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Joseph Edmeier**
**9692 Rimsnider Rd**
**Hinckley, IL  60520-6252**

None ☐  d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

NAME AND ADDRESS                    DATE ISSUED
**American National Bank**
**113 W North St**
**Elburn, IL  60119-7012**

**Union Bank**                              **2004**
**220 Indian Springs Dr**
**Sandwich, IL  60548-1903**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of this case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **May 16, 2005**　　　　Signature　*/s/ Joseph Gary Edmeier*
　　　　　　　　　　　　　　of Debtor　　　　　　　　　　　　　　　**Joseph Gary Edmeier**

Date: **May 16, 2005**　　　　Signature　*/s/ Lisa Marie Edmeier*
　　　　　　　　　　　　　　of Joint Debtor　　　　　　　　　　　**Lisa Marie Edmeier**
　　　　　　　　　　　　　　(if any)

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                                                      Case No. _____

Edmeier, Joseph Gary & Edmeier, Lisa Marie                                    Chapter **7**
_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to be Surrendered*

DESCRIPTION OF PROPERTY                                              CREDITOR'S NAME

**None**

*b. Property to be Retained [Check any applicable statement.]*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | PROPERTY IS CLAIMED AS EXEMPT | PROPERTY WILL BE REDEEMED PURSUANT TO 11 U.S.C. § 722 | DEBT WILL BE RE-AFFIRMED PURSUANT TO 11 U.S.C. § 524(C) |
|---|---|---|---|---|
| **2005 enclosed trailer for the 1998 Ford one ton p** | **American Bank & Trust Co.** | | | ✓ |
| **1999 Ford F250 PU truck** | **American Bank & Trust Co.** | | | ✓ |
| **2001 Ford Sport Minivan** | **Ford Credit** | | | ✓ |

| **05/16/2005** | ***/s/ Joseph Gary Edmeier*** | | ***/s/ Lisa Marie Edmeier*** | |
|---|---|---|---|---|
| Date | **Joseph Gary Edmeier** | Debtor | **Lisa Marie Edmeier** | Joint Debtor (if applicable) |

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                               (Required by 11 U.S.C. § 110(c).)
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____                    _____
Signature of Bankruptcy Petition Preparer                      Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                    Case No. _____

Edmeier, Joseph Gary & Edmeier, Lisa Marie                Chapter **7** _____
_____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____**91**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **May 16, 2005** _____    **/s/ Joseph Gary Edmeier** _____
                                            Debtor


                                            **/s/ Lisa Marie Edmeier** _____
                                            Joint Debtor

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VERIFICATION OF CREDITOR MATRIX

Edmeier, Joseph Gary
9692 Rimsnider Rd
Hinckley, IL  60520-6252

Edmeier, Lisa Marie
9692 Rimsnider Rd
Hinckley, IL  60520-6252

Ritz & Laughlin. Ltd.
728 N. Court St.
Rockford, IL  61103

Alexander Lumber Co.
PO Box 831
Aurora, IL  60507-0831

Alpine Insulation
PO Box 986
824 Hicks Dr
Elburn, IL  60119-9060

American Bank & Trust Co.
113 W North St
Elburn, IL  60119-7012

American Express
Blue For Business
PO Box 7863
Fort Lauderdale, FL  33329-7863

American Express
Sky Miles
PO Box 299836
Fort Lauderdale, FL  33329-7863

American Express
Rewards Plus
PO Box 299836
Fort Lauderdale, FL  33329-7863

American Express
Optima
777 American Expressway
Fort Lauderdale, FL  33337-0001

American Express
Rewards Plus Gold Card
PO Box 299836
Fort Lauderdale, FL  33329-7863

American Heritage
2 N 020 Francis Road
Maple Park, IL  60151

American National Bank
113 W North St
Elburn, IL  60119-7012

AT&T
Universal Credit Card
PO Box 44167
Jacksonville, FL  32231-4167

Bank Of America
PO Box 1390
Norfolk, VA  23501-1390

Capital One
PO Box 85015
Richmond, VA  23285-5015

Carson Pierie Scott
PO Box 10327
Jackson, MS  39289-0327

Charles Rae
115 E South St
Plano, IL  60545-1417

Chase
PO Box 15902
Wilmington, DE  19850-5902

Citi Business Card
PO Box 44230
Jacksonville, FL  32231-4230

CMR Construction Company
3998 E 2603rd Rd
Sheridan, IL  60551-9202

Commomwealth Edison
Bill Payment Center
Chicago, IL  60680-4115

Construction Debris Removal
PO Box 11
Burlington, IL  60109-0011

Damico
PO Box 4224
Saint Charles, IL  60174-9077

Deck Yard
2425 W Main St
Saint Charles, IL  60175-1084

Direct Reward Master Card
PO Box 22128
Tulsa, OK  74121-2128

Discover Card
PO Box 15251
Wilmington, DE  19850-5251

Donahue & Thornhill
7 Richards St
Geneva, IL  60134-2141

DPS Masonery
PO Box 292
Somonauk, IL  60552-0292

DSI Glass, Inc.
220 Stone St
South Elgin, IL  60177-1544

**Floor Covering Associates Of St. Charles**
**Units A & B**
**2000 W Main St**
**Saint Charles, IL  60174-1775**

**Holtane**
**31 Highview Dr**
**Yorkville, IL  60560-9418**

**Mara Otto**
**25451 Blakely Dr**
**Plainfield, IL  60544-6774**

**Ford Credit**
**PO Box 64400**
**Colorado Springs, CO  80962-4400**

**Home Depot Credit Services**
**PO Box 192**
**Des Moines, IA  50301-0192**

**MBNA America**
**PO Box 15026**
**Wilmington, DE  19850-5026**

**Fox Valley Installers**
**1335 Mable Ln**
**Sandwich, IL  60548-9352**

**HSBC Mortgage Services**
**PO Box 968**
**Brandon, FL  33509-0968**

**MBNA America**
**Platinum Plus**
**PO Box 15026**
**Wilmington, DE  19850-5026**

**Fox Valley Insulation**
**136 N State St**
**Marengo, IL  60152-2218**

**Insco Dico Group**
**Suite 200**
**17780 Fitch**
**Irvine, CA  92614-6038**

**Midwest Siding Supply**
**244 S River St**
**Aurora, IL  60506-6010**

**Franks, Gerkin & McKenna**
**Attorneys For Alexander Lumber Co.**
**19333 E Grant Hwy**
**Marengo, IL  60152-8250**

**Jonathan And Andrea Primer**
**669 De Tamble Ave**
**Highland Park, IL  60035-4001**

**Mittman Septic & Excvating**
**PO Box 352**
**Bloomingdale, IL  60108-0352**

**G & R Builders**
**585 Monaville Rd**
**Lake Villa, IL  60046-7277**

**Kendal County Blacktop**
**PO Box 261**
**Bristol, IL  60512-0261**

**New Hoizons, Inc.**
**4156 N Terramere Ave**
**Arlington Heights, IL  60004-1360**

**GM Card**
**PO Box 37281**
**Baltimore, MD  21297-3281**

**Kohl's**
**PO Box 2983**
**Milwaukee, WI  53201-2983**

**NICOR Financial Systems**
**507 Prudential Rd**
**Horsham, PA  19044-2308**

**Grainco FS Inc.**
**4000 Division St**
**Morris, IL  60450-9357**

**Leonard And Sue Primer**
**330 Hill Street**
**Wilmette, IL  60091**

**Nicor Gas**
**PO Box 2020**
**Aurora, IL  60507-2020**

**Harris & Harris**
**Suite 400**
**600 W Jackson Blvd**
**Chicago, IL  60661-5636**

**Lowe's**
**PO Box 530914**
**Atlanta, GA  30353-0914**

**Nicor Gas**
**PO Box 2020**
**Aurora, IL  60507-2020**

**Harris Bank  Barrington NA**
**PO Box 6201**
**Carol Stream, IL  60197-6201**

**Majestic Distributing Co.**
**1255 Bowes Rd**
**Elgin, IL  60123-5542**

**NIU**
**Office Of Accounts**
**Dekalb, IL  60115-2856**

**O'Neil Glass & Mirror**
1058 W Church St
Sandwich, IL  60548-2059

**Premier Exteriors**
421 S River St
Aurora, IL  60506-5578

**St. Paul Travelers**
1287 Collechor Center Drive
Chicago, IL  60693-0001

**Oakton Distributors**
PO Box 1700
Highland Park, IL  60035-7700

**Providian National Bank**
PO Box 660433
Dallas, TX  75266-0433

**Steinbrecher Land Surveys**
141 S Neltnor Blvd
West Chicago, IL  60185-2844

**Old Navy**
PO Box 530942
Atlanta, GA  30353-0942

**R J Kielon Plumbing & Heating**
823 Blaine St
Batavia, IL  60510-2991

**Tandem Staffing Saw Horses**
Suite 210
1690 S. Congress /Ave.
Delray Beach, FL  33445

**Onyx Waste Services**
8246 Inovation Way
Chicago, IL  60682-0082

**R Zimmerman, Inc.**
698 Old Kirk Road
West Chicago, IL  60185

**Thomas W. Grant**
Attorney At Law
PO Box 326
Yorkville, IL  60560-0326

**Parco Excavating, Inc.**
PO Box 623
Batavia, IL  60510-0623

**Richard And Judy Opper**
370 Barberry Rd
Highland Park, IL  60035-4456

**Todd Surveys**
403 W Galena Blvd
Aurora, IL  60506-3947

**Phillip D. Young & Assiciates**
1107 S Bridge St
Yorkville, IL  60560-1724

**Rick & Judy Opper**
340 Barberry Rd
Highland Park, IL  60035-4424

**Tru Green ChemLawn**
5667 Sandy Hollow Rd
Rockford, IL  61109-2780

**Phillip S. Linder & Co.**
44 W Railroad St
Sandwich, IL  60548-2170

**RPV Construction**
239 Lynbrook Dr
Bloomingdale, IL  60108-1441

**Union Bank**
220 Indian Springs Dr
Sandwich, IL  60548-1903

**Phyllid & Ron Holtane**
PO Box 209
Yorkville, IL  60560-0209

**Sears Gold Mastercard**
PO Box 6922
The Lakes, NV  88901-6922

**US Bank**
PO Box 790401
Saint Louis, MO  63179-0401

**Pierce Wholesale Roofing & Supply**
5462 Us Highway 34
Oswego, IL  60543-9175

**Service CAN**
PO Box 1593
Aurora, IL  60507-1593

**Verde Landscape**
PO Box 966
Elburn, IL  60119-0966

**Pinnacle Insurance**
23 N Lincolnway
North Aurora, IL  60542-1635

**Sparks Engineering Services**
7 Richards St
Geneva, IL  60134-2141

**Warren's Backhoe Bobcat**
PO Box 176
Sugar Grove, IL  60554-0176

**Waste Management Of Illinois**
**PO Box 9001054**
**Louisville, KY  40290-1054**

**Wells Fargo Financial**
**1248 N Lake St**
**Aurora, IL  60506-2453**

**West Suburban Concrete**
**39 W 941 Midan Drive**
**Elburn, IL  60119**

**Western Surety Company**
**PO Box 5077**
**Sioux Falls, SD  57117-5077**

## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                                                          Case No. _____

Edmeier, Joseph Gary & Edmeier, Lisa Marie _____     Chapter **7** _____
                                        Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ _____ **2,790.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ _____ **2,790.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ _____ **0.00**

2.  The source of the compensation paid to me was: ☑ Debtor   ☐ Other (specify)

3.  The source of compensation to be paid to me is: ☐ Debtor   ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Any services rendered after the Section 341 meeting.**

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____ **May 16, 2005** _____        **/s/ Kenneth F. Ritz** _____
                            Date                                                    Signature of Attorney

                                                                      **Ritz & Laughlin. Ltd.** _____
                                                                                   Name of Law Firm

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR

> The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Neither the judge nor the court's employees may provide you with legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)*

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under Chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)*

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually the period allowed by the court to repay your debts is three years, but not more than five years. Your plan must be approved by the court before it can take effect.

3. Under Chapter 13, unlike Chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)*

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision for an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)*

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a Chapter 13. The eligibility requirements are restrictive, limiting its use to those who income arises primarily from a family owned farm.

* Fees are subject to change and should be confirmed before filing.

## ACKNOWLEDGEMENT

I, the debtor, affirm that I have read this notice.

_____
Case Number

| | | |
|---|---|---|
| **May 16, 2005** | */s/ Joseph Gary Edmeier* | */s/ Lisa Marie Edmeier* |
| Date | **Joseph Gary Edmeier** Debtor | **Lisa Marie Edmeier** Joint Debtor, if any |

**INSTRUCTIONS**: If the debtor is an individual, a copy of this notice personally signed by the debtor must accompany any bankruptcy petition filed with the Clerk. If filed by joint debtors, the notice must be personally signed by each. Failure to comply may result in the petition not being accepted for filing.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only